**KANWAL SINGH (SBN 183596)**
**Law Offices of Kanwal Singh**
**1908 Coffee Road, Suite 5**
**Modesto, California 95355**
**Telephone: (209) 523-8360**
**Facsimile: (209) 523-8362**

**Attorney for Dimas Arreola, Defendant**

# IN UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff(s),** <br><br> **V.** <br><br> **DIMAS ARREOLA** <br><br> **Defendant(s)** | ) Case Number: 1:12-cr-00238-AWI-BAM <br> ) <br> ) <br> ) **STIPULATION AND ORDER FOR** <br> ) **CONTINUANCE OF STATUS** <br> ) **CONFERENCE** <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY STIPULATED by and between Kanwal Singh, attorney for Dimas Arreola, and Kimberly A. Sanchez, Assistant U.S. Attorney, that the status conference set for April 22, 2013, be continued to June 10, 2013, at 1:00 p.m. The parties need additional time to engage in plea negotiations. The Government's plea offer has been received by the defense however defense counsel has not been able to fully discuss the plea offer with the client and as such needs a continuance of the status conference. The parties further request the Court to enter an Order finding that the "ends of justice" served by the continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limit pursuant to 18 U.S.C. §3161(h)(8)(A).

/// ///
/// ///

1

1    Dated: 04/17/13                                           Respectfully submitted,

2

3                                                              /s/ Kanwal Singh
                                                               KANWAL SINGH Attorney
4                                                              for Dimas Arreola

5

6                                                              /s/ Kimberly A. Sanchez
                                                               KIMBERLY A. SANCHEZ
7                                                              Assistant U.S. Attorney

8

9

10

11

12

13   IT IS SO ORDERED.

14      Dated:    **April 18, 2013**                 /s/ _Barbara A. McAuliffe_

15                                                   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28