BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
         United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>         v.<br><br>DIMAS ARREOLA,<br><br>                          Defendant, | 1:12-CR-00238-AWI<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on September 20, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Dimas Arreola forfeiting to the United States the following property:

    a.   Remington, model 788, .243 caliber rifle
    b.   Remington, model 700 ADL, 30-06 caliber rifle,
    c.   Lee Enfield SMLE number 4, model Mark 1 rifle
    d.   Marlin, model 30A, 30-30 caliber rifle
    e.   Remington, model 870, 20 gauge shotgun,
    f.   Browning, model BSS, 20 gauge shotgun,
    g.   Universal Firearms Corporation, Model M1 carbine, 30 caliber rifle
    h.   Savage, model 12, .223 caliber rifle
    i.   Remington, model 74, 30-06 caliber rifle
    j.   Mossberg, model 500A, 12 gauge shotgun
    k.   Marlin, model 60, .22 caliber
    l.   Remington, model 870, 12 gauge shotgun
    m.   Hi-point, model CF380, .380 caliber pistol
    n.   AK-47 style, 7.62 caliber
    o.   Smith and Wesson, model safety hammerless, .32 caliber revolver

  p. Remington, model 66, .22 caliber rifle,
  q. Smith and Wesson, model SW4OVE, .40 caliber pistol
  r. USA Military Surplus, model M1 carbine, .30 caliber rifle,
  s. Squires Bingham, model 20, .22 caliber rifle
  t. Kayhan Art SS, model Silver Reserve, 12 gauge shotgun
  u. Smith and Wesson, model 629, .44 magnum revolver
  v. Russian, model Mosin Nagant, 7. 62x54 mm rifle and all ammunition seized in the case.

AND WHEREAS, Beginning November 17, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

 1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Dimas Arreola.

 2.  All right, title, and interest in the above-listed property shall vest soley in the name of the United States of America.

 3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  January 16, 2014       _____
                   SENIOR DISTRICT JUDGE

Final Order of Forfeiture    2