UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIMAS ARREOLA,<br><br>    Defendant | No. 1:12-cr-0238 AWI<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Arreola is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 97 to 121 months. This Court has considered the Section 3553(a) factors and, for the same reasons that it ordered a sentence below the low end of the Guideline Range at the defendant's sentencing on October 9, 2013, the Court finds that the Section 3553(a) factors support a sentence at the low end of the amended guideline range. Because the defendant did not provide substantial assistance to the government, he is not eligible for a sentence below the amended guideline range. *See* U.S.S.G. 1B1.10(b)(2)(A-B).

IT IS HEREBY ORDERED that the term of imprisonment imposed on October 9, 2013 is reduced to a term of 97 months. If this sentence is less than the amount of time the defendant has already served as of the date of this order, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO247 form reflecting the above

1

reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Arreola shall report to the United States Probation Office within seventy-two hours after his release.

The Clerk of the Court is respectfully directed to terminate this defendant and close the case.

IT IS SO ORDERED.

Dated:   January 25, 2016                              _____
                                                                                    SENIOR DISTRICT JUDGE