AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:12-cr-00238-AWI-BAM   Document 40   Filed 03/10/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
DIMAS ARREOLA

Case No: 1:12-CR-00238-001 AWI

USM No: 69021-097

Date of Original Judgment: 10/11/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Hannah R. Labree
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** 97 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/09/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/10/2016

/s/ Anthony W. Ishii
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Antohy W. Ishii
*Printed name and title*